214

## CONINE v. STATE.
### No. 25673.

Court of Criminal Appeals of Texas.
Feb. 13, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction of driving a motor vehicle while intoxicated, the penalty being assessed at a fine of $150.

The record brought forward contains no statement of facts or bill of exception. All proceedings appear regular and nothing is presented for review by this court.

The judgment is affirmed.